No. 844.—LÓPEZ, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE SAN JUAN, SECCIÓN 1ª, recurrido. ▮▮▮▮▮▮

▮▮▮▮▮▮ Mayo 6, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, el precio de la subasta en un juicio ejecu-

tivo hipotecario no cubrió el importe de la cantidad garantizada con la hipoteca objeto del procedimiento;

Por cuanto, como consecuencia de lo expuesto la corte que conoció del procedimiento ordenó al registrador de la propiedad que anulase un embargo posterior a la hipoteca ejecutada, hecho a favor de Henri G. Molina, por haber sido éste notificado expresamente del procedimiento y de la subasta en los edictos publicados para ella;

Por cuanto, habiéndose negado el registrador a hacer la cancelación ordenada se ha interpuesto este recurso gubernativo;

Por cuanto, decretada esa cancelación por la corte el registrador no está autorizado para examinar si tal resolución está ajustada a derecho o no. *Central Aguirre y otro* v. *Registrador de Guayama,* resuelto el 17 de abril último,

Por tanto, debe revocarse la nota recurrida y se ordena al Registrador de la Propiedad de San Juan que haga la cancelación decretada por la corte.